UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Emilia Diaz

Case No: 13-14387-LMI
Chapter 13

Debtor /

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Motion Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on March 20, 2013 as follows:

Electronically:

Nancy N. Neidich, Trustee

Via First Class Mail:

Debtor, Emilia Diaz
6581 West 13th Court
Hialeah, FL 33012

PNC Bank
POB 94982
Cleveland, OH 44101

Via Certified Mail:

PNC Bank, National Association .
c/o James Rohr, CEO
One PNC Plaza
Pittsburgh, PA 15222-2707

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*____________
Robert Sanchez, Esq., FBN#0442161