# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FIRST AMENDED PLAN

DEBTOR: Emilia Diaz              JOINT DEBTOR:              CASE NO.: 13-14387-LMI

Last Four Digits of SS# 3601         Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.   $ 170.00   for months 1 to 36; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00 + $750.00 (Motion to Value)= $4,400.00 TOTAL PAID $ 1,600.00
         Balance Due   $ 2,800.00 payable $ 140.00 /month (Months 1 to 20)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. NONE                            Arrearage on Petition Date  $
Address:                           Arrears Payment    $          /month (Months     to     )
                                   Regular Payment    $          /month (Months     to     )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| PNC Bank Loan No. (XXXX3666) | Homestead: 6581 West 13 Court, Hialeah, FL 33012 $171,847.00 | 0% | $0.00 | None | None |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. NONE                 Total Due    $
                        Payable      $          /month (Months    to    ) Regular Payment $

Unsecured Creditors: Pay $ 13.00 /month (Months 1 to 20); Pay $ 153.00 /month (Months 21 to 36).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is paying Wells Fargo Home Mortgage directly outside the plan. The debtor will provide copies of her income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtor will amend Schedule I and J and modify the plan if necessary

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  /s/Robert Sanchez, Esq.
Debtor                                            Joint Debtor
Date: 3/21/13                                     Date:

LF-31 (rev. 01/08/10)